# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK M. BREWITT | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | CASE NUMBER: 09-5147 RJB/JRC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 17); and

The Plaintiff's action is **DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| November 4, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |